IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FRANK BOOKMAN, ET AL. | § | |
| | § | |
| V. | § | ACTION NO. 4:12-CV-615-Y |
| | § | |
| MCCARTHY, HOLTHUS and | § | |
| ACKERMAN LLP, ET AL. | § | |

<u>ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS</u>

On September 4, 2012, Plaintiffs filed a wrongful-foreclosure complaint. Plaintiff Frank Bookman filed a Motion for Leave to Proceed in Forma Pauperis (doc. 2), which the magistrate judge recommended be denied. *See* 28 U.S.C. § 636(b)(1). Bookman has not objected to the recommendation; thus, the Court adopts the magistrate judge's findings, conclusions, and recommendation (doc. 5) and DENIES Bookman's motion. *See id.*; Fed. R. Civ. P. 72. Plaintiffs must pay the clerk the required filing fee no later than **fourteen** days from the date of this order or the Court will dismiss their complaint without further notice. *See* Fed. R. Civ. P. 41(b).

SIGNED November 2, 2012.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah